PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Hassan Sa'ad Hegazy      Cr.: 04-695-01

Name of Sentencing Judicial Officer: Honorable Dennis M. Cavanaugh
                                             United States District Court Judge

Date of Original Sentence: 01/10/05

Original Offense: Make False Statements to Federal Officials

Original Sentence: Probation - 3 years; Fine - $500; Special Assessment - $50

Type of Supervision: Probation             Date Supervision Commenced: 01/10/05

Assistant U.S. Attorney: Mark McCarren         Defense Attorney: Lorraine Gauli-Rufo

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1                  The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

                    On January 9, 2005, the offender was arrested by Winslow Township Police and charged with possession of a handgun, specifically, a Black Lorcin 25 caliber automatic, without first having obtained a permit to carry the same.

                    On January 9, 2005, the offender was arrested by Winslow Township Police and charged with aggravated assault. The warrant states that the offender "did purposely attempt to cause or did purposely, knowingly, or recklessly cause bodily injury to Abir Ghali, specifically by punching her in the nose and mouth causing two lacerations. Defendant also repeatedly slapped the victim in the face and back." The report states that the victim had visible lacerations.

                    On January 9, 2005, the offender was arrested by Winslow Township Police and charged with possession of a weapon for unlawful purposes. The warrant states that the offender was in possession of a stun gun, specifically, a stun master 625,000 weapon.

PROB 12C - Page 2
Hassan Su'ad Hegazy

On January 9, 2005, the offender was arrested by Winslow Township Police and charged with Possession of Forgery Devices. The warrant states that the offender "did knowingly possess a document which falsely purports to be a driver's license issued by a governmental agency and which could be used as a means of verifying a person's identity or age or any other personal identifying information." The report states that the defendant was in possession of a false driver's license.

On January 9, 2005, the offender was arrested by Winslow Township Police and charged with child endangerment. The warrant states that the offender made S.H and J.J. an abused or neglected child, specifically by assaulting their mother in their presence.

The offender is currently being held in the Camden County Jail with bail set at $50,000.

2   The offender has violated the supervision condition which states '**The defendant shall not possess a firearm or destructive device. Probation must be revoked for possession of a firearm.**'

On January 9, 2005, the offender was arrested by Winslow Township Police and charged with possession of a handgun, specifically, a Black Lorcin 25 caliber automatic, without first having obtained a permit to carry the same.

I declare under penalty of perjury that the foregoing is true and correct.

By: Christine M. Rennie
U.S. Probation Officer
Date: 01/10/05

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: ASAP
[ ] No Action
[ ] Other

Signature of Judicial Officer
**Dennis M. Cavanaugh**
U.S. District Judge

1-13-06
Date