PROB 12C
(7/93)

# United States District Court

for

## District of New Jersey

## Superseding Petition for Warrant or Summons
## for Offender Under Supervision

Name of Offender: Hassan Sa'ad Hegazy                                   Cr.: 04-695-01

Name of Sentencing Judicial Officer: Honorable Dennis M. Cavanaugh
United States District Court Judge

Date of Original Sentence: 01/10/05

Original Offense: Make False Statements to Federal Officials

Original Sentence: Probation - 3 years; Fine - $1,500; Special Assessment - $100

Type of Supervision: Probation                    Date Supervision Commenced: 01/10/05

Assistant U.S. Attorney: Jenny Kramer             Defense Attorney: Lorraine Gauli-Rufo

### PETITIONING THE COURT

**This petition supersedes the original petition of 01/10/06, to add additional violations of supervised release. VIOLATION NUMBERS 1 AND 2 WERE IN THE ORIGINAL PETITION WITH THE EXCEPTION OF A CORRECTION TO THE DATE OF THE ARREST. VIOLATION NUMBERS 3 AND 4 HAVE BEEN ADDED.**

[ ] To issue a warrant
[ ] To issue a summons
[X] To add charges

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1                    The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

                     On January 9, 2006, the offender was arrested by Winslow Township Police and charged with possession of a handgun, specifically, a Black Lorcin 25 caliber automatic, without first having obtained a permit to carry the same.

                     On January 9, 2006, the offender was arrested by Winslow Township Police and charged with aggravated assault. The warrant states that the offender "did purposely attempt to cause or did purposely, knowingly, or recklessly cause

PROB 12C - Page 2
Hassan Sa'ad Hegazy

causing two lacerations. Defendant also repeatedly slapped the victim in the face and back." The report states that the victim had visible lacerations.

On January 9, 2006, the offender was arrested by Winslow Township Police and charged with possession of a weapon for unlawful purposes. The warrant states that the offender was in possession of a stun gun, specifically, a stun master 625,000 weapon.

On January 9, 2006, the offender was arrested by Winslow Township Police and charged with Possession of Forgery Devices. The warrant states that the offender "did knowingly possess a document which falsely purports to be a driver's license issued by a governmental agency and which could be used as a means of verifying a person's identity or age or any other personal identifying information." The report states that the defendant was in possession of a false driver's license.

On January 9, 2006, the offender was arrested by Winslow Township Police and charged with child endangerment. The warrant states that the offender made S.H and J.J. an abused or neglected child, specifically by assaulting their mother in their presence.

The offender is currently being held in the Passaic County Jail on a federal detainer.

2   The offender has violated the supervision condition which states '**The defendant shall not possess a firearm or destructive device. Probation must be revoked for possession of a firearm.**'

On January 9, 2006, the offender was arrested by Winslow Township Police and charged with possession of a handgun, specifically, a Black Lorcin 25 caliber automatic, without first having obtained a permit to carry the same.

3   The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

Offender failed to submit his Monthly Supervision Reports for the months of November 2005, and December 2005.

---

4    The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**'

On December 1, 2005, the offender was issued a traffic ticket for Obstruction of Windshield for Vision by Winslow Township Police. The offender failed to notify the probation officer that he had contact with law enforcement.

I declare under penalty of perjury that the foregoing is true and correct.

By: Christine M. Rennie
U.S. Probation Officer
Date: 11/06/06

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons.  Date of Hearing: 20 FEB. 2007  9:00 AM
[ ] No Action
[ ] Other

Signature of Judicial Officer

12/4/06
Date